**Juanard ROBINSON, Plaintiff—
Appellant,**

v.

**M. CRY, Defendant—Appellee.**

No. 05–16377.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 27, 2007.

Juanard Robinson, Vacaville, CA, pro se.

Before: TROTT, W. FLETCHER and
CALLAHAN, Circuit Judges.

MEMORANDUM **

California state prisoner Juanard Robinson appeals pro se from the district court's judgment dismissing for failure to state a claim his 42 U.S.C. § 1983 action alleging defendant Cry violated his due process rights by denying his grievance. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A for failure to state a claim, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Robinson's action because his claim that he was not allowed to file a citizen's complaint on behalf of another inmate failed to identify a liberty interest giving rise to due process protections. *See Ramirez v. Galaza,* 334 F.3d 850, 860 (9th Cir.2003) ("[I]nmates lack a separate constitutional entitlement to a specific prison grievance procedure.")

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.